| | |
|---|---|
| 1 | Rosemary M. Rivas (SBN 209147) |
|   | rrivas@finkelsteinthompson.com |
| 2 | Mark Punzalan (SBN 247599) |
|   | mpunzalan@finkelsteinthompson.com |
| 3 | FINKELSTEIN THOMPSON LLP |
| 4 | 100 Bush Street, Suite 1450 |
|   | San Francisco, CA 94104 |
| 5 | Telephone:  (415) 398-8700 |
|   | Facsimile:  (415) 398-8704 |
| 6 | |
| 7 | Gordon M. Fauth, Jr. (SNB 190280) |
|   | gmf@classlitigation.com |
| 8 | LITIGATION LAW GROUP |
|   | 1801 Clement Avenue, Suite 101 |
| 9 | Alameda, CA 94501 |
| 10 | Telephone:  (510) 238-9610 |
|   | Facsimile:  (510) 337-1431 |
| 11 | |
|   | Attorneys for Plaintiff Genevieve Meyer |
| 12 | |
|   | Joseph E. Addiego III (SBN 169522) |
| 13 | joeaddiego@dwt.com |
| 14 | James C. Grant (admitted *pro hac vice*) |
|   | jamesgrant@dwt.com |
| 15 | DAVIS WRIGHT TREMAINE LLP |
|   | 505 Montgomery Street, Suite 800 |
| 16 | San Francisco, CA  94111-6533 |
| 17 | Telephone:  (415) 276-6500 |
|   | Facsimile:  (415) 276-6599 |
| 18 | |
|   | Attorneys for Defendant T-MOBILE USA, INC. |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENEVIEVE MEYER, an individual, on behalf of herself and all others similarly situated, | ) ) ) | Case No.  CV 10-05858 CRB |
| Plaintiff, | ) ) | **JOINT STATUS REPORT AFTER DECISION OF THE UNITED STATES SUPREME COURT IN** *AT&T MOBILITY LLC v. CONCEPCION* **AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING AND ARGUMENT ON MOTION TO COMPEL ARBITRATION** |
| v. | ) ) | |
| T-MOBILE USA, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

JOINT STATUS REPORT AFTER THE SUPREME COURT'S DECISION IN
*AT&T MOBILITY LLC  v. CONCEPCION*, No. CV 10-05858 CRB                                                                                        Page 1

## STATUS REPORT

On February 22, 2011, the parties filed a stipulation requesting that this action be stayed until the United States Supreme Court issued its ruling in *AT&T Mobility LLC v. Concepcion* (Dkt. No. 8). The Court accepted the stipulation, stayed all proceedings in this case, and directed the parties to provide a status report within fourteen days of the Supreme Court's decision in *Concepcion*. The Supreme Court issued its decision in *Concepcion* on April 27, 2011, reversing the prior decision of the Ninth Circuit and holding that the rule announced in *Discover Bank v. Superior Court*, 36 Cal. 4th 148, 113 P. 3d 1100 (2005), is preempted under the Federal Arbitration Act, 9 U.S.C. § 2, *et seq. AT&T Mobility LLC v. Concepcion*, 2011 WL 1561956 (U.S. Apr. 27, 2011).

Counsel for the parties thereafter conferred. T-Mobile's counsel indicated that T-Mobile would move to compel arbitration of Plaintiff's claims on an individual basis in light of *Concepcion*. Plaintiff's counsel responded that Plaintiff would oppose a motion to compel arbitration. Plaintiff's counsel would like additional time to brief the issues raised by *Concepcion*.[1] The parties discussed and agreed upon the following schedule for briefing and argument on the motion to compel arbitration:

T-Mobile's motion to compel arbitration to be filed by June 1, 2011;

Plaintiff's opposition to the motion to be filed by July 1, 2011;

T-Mobile's reply to be filed by July 15, 2011; and

Hearing on the motion scheduled for July 29, 2011 or another date chosen by the Court. The parties jointly request that the Court approve this schedule.

DATED: May 10, 2011    DAVIS WRIGHT TREMAINE LLP

*s/ James C. Grant*
James C. Grant

Attorneys for Defendant T-Mobile USA, Inc.

---

[1] Additionally, Plaintiff's counsel with primary responsibility for the briefing will be on a family vacation (planned six months ago) in June for two weeks.

| | | |
|---|---|---|
| 1 | DATED: May 10, 2011 | FINKELSTEIN THOMPSON LLP |
| 2 | | *s/ Mark Punzalan* |
| 3 | | Mark Punzalan |
| 4 | | Attorneys for Plaintiff Genevieve Meyer |

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Status Report and the parties' agreement, IT IS HEREBY ORDERED that the schedule for briefing and argument on Defendant T-Mobile's motion to compel arbitration shall be as follows:

- T-Mobile's motion to compel arbitration will be filed by June 1, 2011;
- Plaintiff's opposition to the motion will be filed by July 1, 2011;
- T-Mobile's reply will be filed by July 15, 2011; and
- Hearing on the motion will be scheduled for July 29, 2011.

IT IS SO ORDERED.

Dated: May 11, 2011

Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (signed and sealed, United States District Court, Northern District of California)*