IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MEYER, | No. C10-05858 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| T-MOBILE USA INC., | |
| Defendant. | |

Upon the Court's Order Granting Motion to Compel Arbitration and Staying Case (doc # 31), Order Denying Leave to File Motion for Reconsideration (doc #33) and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: July 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE